

# THE THIRTEENTH COURT OF APPEALS

## 13-20-00026-CR

The State of Texas
v.
Edward Jerome Huff

On Appeal from the
272nd District Court of Brazos County, Texas
Trial Court Cause No. 17-04889-CRF-272

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be reversed and rendered. The Court order the judgment of the trial court REVERSED and RENDERED.

We further order this decision certified below for observance.

June 17, 2021